William L. Miltner, Esq.
Walter E. Menck, Esq.
**MILTNER POLK & MENCK, APC**
Emerald Plaza
402 West Broadway, Suite 800
San Diego, California 92101
Telephone (619) 615-5333
Telefax (619) 615-5334

Attorneys for Plaintiffs JOSEPH CARDENAS and MACHELLE CARDENAS, and EL PASEO GRANDE, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CARDENAS and MACHELLE CARDENAS, individuals; and EL PASEO GRANDE, LLC, an Arizona limited liability company,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ROBERTSON WHITTEMORE, an individual and DOES 1-10, inclusive;<br><br>　　　　　Defendants. | Case No.: 13cv1720-LAB-KSC<br><br>**U.S. District Judge**<br>**The Hon. Larry Alan Burns**<br><br>**PLAINTIFF'S PROOF OF SERVICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br><br>Date:　　November 25, 2013<br>Time:　　11:15 am<br>Crtrm:　　14A (annex) |

G:\02350\006 - USDC Case\Motions\Opp to Motion to Dismiss 11.25.13\All documents to be filed on 11.08.13\Cover Sheet for POS.wpd

1

**PROOF OF SERVICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**